UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GORDON LAKEITH GAMBLE,

    Plaintiff,

v.                                              Case No:   6:15-cv-214-Orl-GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## **ORDER**

    This case comes before the Court *sua sponte*. The attachments to Plaintiff's counsel's motion for authorization to charge a reasonable attorney's fee contain the names of minors (Doc. 29-3 at 2, 6; Doc. 29-4 at 2, 6; Doc. 29-5 at 2, 6). Unless a court orders otherwise, an "electronic or paper filing with the court that contains ... the name of an individual known to be a minor ... may include only ... the minor's initials." FED. R. CIV. P. 5.2(a)(2), (3). The Court has not ordered otherwise and therefore, the motion (Doc. 29) is **STRICKEN** and the Clerk shall **REMOVE** it from the docket.

    **DONE** and **ORDERED** in Orlando, Florida, on December 24, 2019.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties